# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSE MARIO SANCHEZ HERNANDEZ,    )    NO. 5:26-cv-01295-JFW-KS
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Petitioner,    )
　　　　　　　　　　　　　　　　　　　　　)
　　　　v.    )    **ORDER ACCEPTING FINDINGS AND**
　　　　　　　　　　　　　　　　　　　　　)    **RECOMMENDATIONS OF UNITED**
FERETI SEMAIA et al.,    )    **STATES MAGISTRATE JUDGE**
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Respondents.    )
　　　　　　　　　　　　　　　　　　　　　)
—————————————————————)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition") and all the records herein, Respondents' Return to the Petition, Petitioner's Traverse to the Petition, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that Judgment be entered:

(1) Granting the Petition; and

(2) Ordering Respondents to provide Petitioner with a bond redetermination hearing that is Constitutionally sound insofar as the Immigration Judge must provide a

reasoned determination that articulates individualized findings supporting any determination that Petitioner poses a "flight risk" or is otherwise not eligible for release during the pendency of his appeal of the order of removal.  Alternatively, ordering that Respondents release Petitioner from custody pending resolution of Petitioner's appeal before the Board of Immigration Appeals.

DATED: June 22, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE