**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSE MARIO SANCHEZ HERNANDEZ,  )  NO. 5:26-cv-01295-JFW-KS
           Petitioner,  )
                  )
      v.  )  **JUDGMENT**
                  )
FERETI SEMAIA et al.,  )
                  )
           Respondents.  )
                  )
_____)

IT IS ADJUDGED that the Petition is GRANTED.  Respondents shall provide Petitioner with a bond redetermination hearing that is Constitutionally sound insofar as the Immigration Judge must provide a reasoned determination that articulates individualized findings supporting any determination that Petitioner poses a "flight risk" or is otherwise not eligible for release during the pendency of his appeal of the order of removal.  Alternatively, Respondents shall release Petitioner from custody pending resolution of Petitioner's appeal before the Board of Immigration Appeals.

DATED: June 22, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE